PD-0754-15

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS
NO. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 19 2015
Abel Acosta, Clerk

KEVIN RAY RANGEL
        Appellant, Prose

VS.

THE STATE OF TEXAS
        Appellee,

On Appeal From the
389th District Court
of Hidalgo Cnty, Tx;
Trial Cause Number
CR-0448-13-H
C.O.A NO. 13-15-00192-CR

PETITIONER'S MOTION TO EXTEND TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS
JUN 19 2015
Abel Acosta, Clerk

TO THE JUSTICES OF SAID COURT:

KEVIN RAY RANGEL, Petitioner in the above
Cause number, Would respectfully request the Court
to GRANT his Motion to Extend the to File Petition
For Time to File his Petition for Discretionary Review.
In Support of Said Motion, Appellant would show
the Following:

I

This appeal lies From Appellant's vindictive,
Selective Prosecution and Double-Jeopardy Charges
and Conviction in the 389th District Court of
Hidalgo Cnty, Texas; In The State of Texas V.
KEVIN RAY RANGEL; Cause NO. CR-0448-13-H
in which Mr. RANGEL entered a Plea of not Guilty,
and Was maliciously ambushed by his trial Counsel
Who acted in Cahoot With State and trial Court
Leticia Lopez, to insure the Petitioner in a Conspiratorial

1

Jury trial full of any kind of trickery, scheme and ignorant juries, unable to identify the obvious the Double Jeopardy charges and false witnesses with a long criminal history.

However, the trial court imposed sentence in this matter on May 21, 2013. A timely Motion for New Trial, was filed on June 20, 2013, raising the Standard of Review claims of Ineffective Assistance of Counsel. Smith v. State, 286 S.W.3d 333, 340-41 (Tex. Crim. App. 2009)

Mr. RANGEL never received any hearing or response to said motion; instead the trial court and Appellate Counsel, VICTORIA GUERRA, acting in conspiracy, coercively filed a Waiver of Appeal and immediately transferred the Petitioner to prison without access to legal supplies, and courts, to challenge the egregious violation to his fundamental constitutional rights.

The record in T.D.C.J. reflects that Mr. RANGEL was maliciously transferred from, to 4 different facilities, in order to avoid any preservation of error, or timely filing pro se motion; and time bar the petitioner with the customary "Dismissal For lack of Jurisdiction" Hurst v. Phillips, 555 U.S. 1150 (2009) Constitutional violation because delayed delivery of legal materials specifically requested by prisoner prevented filing of State Habeas Petition.

Appellant timely filed his late Notice of Appeal due to the benefit of State tolling Provision. Smith v. Johnson, 216 F.3d 521, 523 (5th Cir. 2000) untimely Notice of Appeal by pro se prisoner liberally construed as timely. Said Notice of Appeal was denied and wrongfully dismissed for want of jurisdiction on May 7th 2015.

Appellant filed his timely Motion for Re-Hearing within the 15 days of the Dismissal of Appeal pursuant the Prison Mail System Rule. Which

2

was marked "received" in the 13th Court of Appeals as untimely. Houston v. Jack, 487 U.S. 226, 225-79 (1988), a Prisoner Motion or Notice of Appeal is deemed filed upon delivery to Prison Official.

## II

Appellant is requesting an extension of time in order to fully evaluate the issues to be raised in the P.D.R.; An extension of time is necessary so that the Petition for discretionary review can be raised timely filed. This Motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court will Grant this requested extension of time to file the Appellant's Petition For Discretionary Review in the above cause for 90 days and extend the time for filing the Petition until September 15, 2015.

Kevin Rangel
KEVIN R. RANGEL
MOVANT PRO-SE #1878024
COTULLA TRANSFER UNIT
610 FM 624
COTULLA, TEXAS
78014

3

## CERTIFICATE OF SERVICE

I, KEVIN RAY RANGEL, currently captive in T.D.C.J., Cotulla Unit, certify that on this the 25 day of June 2015, a true and correct copy of the foregoing Motion to Extend Time to File P.D.R. was transmitted to the Clerk of the Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin Texas 78711, via U.S. Postal Service, First Class, pursuant to 28 U.S.C § 1746 and Rule 4 (C) (1) Fed. R. App. Proc.

Kevin Rangel

KEVIN R. RANGEL
MOVANT PRO-SE #1878024
COTULLA TRANSFER UNIT
COTULLA, TEXAS
610 FM 624
78014